UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-cr-48 (CJN) |
| | : | |
| LAWRENCE "KAHELE" LUM KEE, | : | |
| | : | |
| and CLIFFORD CHEN, | : | |
| | : | |
| Defendants. | : | |

## SCHEDULING ORDER[1]

Trial is set to begin in the matter on **April 24, 2023**, at 9:00 a.m. in Courtroom 19. Jury selection will begin that day at 9:00 a.m.

1. Rule 16 discovery under the current Indictment shall be completed by **November 11, 2022.**

2. Discovery motions shall be filed by **November 18, 2022.** Oppositions to any such motions shall be filed by **December 9, 2022.** Any reply shall be filed by **December 16, 2022.**

3. The Defendants' deadline to file any motions to dismiss the indictment is **November 18, 2022**. Oppositions to any such motion shall be filed by **December 9, 2022**. Any reply shall be filed by **December 16, 2022.**

---

[1] The United States first sent a draft of the Proposed Scheduling Order to counsel for the Defendants on September 12, 2022. There have been no responses to any communications regarding the Proposed Scheduling Order. Accordingly, the dates on this Proposed Scheduling Order are proposed by the United States and have not been agreed to by the Defendants.

4. Pretrial motions (including motions *in limine*) are due or before **March 10, 2023.** Oppositions to pretrial motions (including motions *in limine*) shall be filed by **March 24, 2023.** Any reply shall be filed by **March 31, 2023.**

5. The United States shall notify the Defendants of its intention to introduce any Rule 404(b) evidence not already disclosed by **April 7, 2023.**

6. The United States should endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case-in-chief by **April 7, 2023.** Any *Brady* materials not already disclosed must be disclosed by this date.

7. The Parties shall also file with the Court, not later than **April 14, 2023,** a Joint Pretrial Statement that contained:

   A. <u>A neutral statement of the case.</u> The Parties shall include a neutral statement of the case for the Court to read to prospective jurors.

   B. <u>Proposed *voir dire* questions</u>. The Parties shall indicate:
      1. the *voir dire* questions on which the parties agree; and
      2. the *voir dire* questions on which the parties disagree, which objections noted below each disputed question.

   C. <u>Proposed jury instructions.</u> The Parties shall submit a list of proposed jury instructions, followed by the text of each proposed instructions, that indicates:
      1. the instructions on which the parties agree; and
      2. the instructions on which the parties disagree, with specific objections noted below each disputed instructions; and the proposed instructions source (*e.g.*, the Red Book, Matthew

     Bender's Federal Jury Instructions) or, for modified or new instructions, supporting legal authority (*e.g. Joy v. Bell Helicopter Texron, Inc.*, 999 F.2d 549, 556 (D.C. Cir. 1993)).

  Proposed instructions may be updated as needed to reflect the evidence presented at trial. Absent showing good cause, no other modifications will be permitted.

D. <u>List of witnesses.</u> The Parties shall identify the witnesses that each side anticipates it may call in its case-in-chief, divided into the following categories:

 1. witnesses who will be called to testify at trial;

 2. witnesses who may be called to testify at trial; and

 3. witnesses whose testimony a party will present by deposition of other prior testimony, indicting whether the presentation will be by transcript or video.

The Court will read the list of witnesses during *voir dire*. In the list, each witness name should be accompanied by a brief description of each witness's expected testimony and area of expertise, if applicable, followed by specific objections, if any, to each witness.

E. <u>Exhibit lists.</u> The Parties shall include a list of trial exhibits (including demonstratives, summaries, or other specifically prepared exhibits), which includes:

 1. the exhibit number for each documents;

 2. the date of the document;

       3. a brief description of the document;

       4. a concise statement of the asserted basis of admissibility; and

       5. whether there is an objection to admission of the document and, if so, a concise statement of the basis for the objections.

The list, together with the numbered premarked copies of the exhibits, should be submitted to the Court in a separate binder.

    F. <u>Stipulations</u>. The Parties shall submit a draft of all stipulations.

    G. <u>Proposed verdict form</u>. The Parties shall include a draft verdict form, including any proposed special interrogatories. The draft verdict form should include a date and signature line for the jury foreperson.

8. The Court will schedule hearings on any motions filed by the Parties as necessary.

9. Counsel shall appear on **April 20, 2023,** at 10:00 a.m. for a Pretrial Conference in Courtroom 19.

The parties must submit an electronic copy of all proposed *voir dire* questions, jury instructions, and verdict forms in Word format by emailing them to Chambers at Nichols_Chambers@dcd.uscourts.gov.

***Failure to comply with this Order will be deemed a wavier of all objections to matters covered by this Order.***

SO ORDERED this _____ day of _____, 2022.

 

                                                _____
                                                THE HONORABLE CARL J. NICHOLS
                                                UNITED STATES DISTRICT JUDGE