**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES,<br><br>    v.<br><br>LAWRENCE "KAHELE" LUM KEE and<br>CLIFFORD CHEN,<br><br>      *Defendants*. | Criminal Action No. 1:22-cr-0048 (CJN) |

## <u>SCHEDULING ORDER</u>

Trial is set to commence in this matter on **April 24, 2023**, at 9:00 a.m. in Courtroom 19. Jury selection will begin that day at 9:00 a.m. The following deadlines shall govern pretrial proceedings:

1. Rule 16 discovery under the current Indictment shall be completed by **November 18, 2022.**

2. Discovery motions shall be filed by **December 2, 2022**; oppositions shall be filed on or before **December 16, 2022**; and replies shall be filed on or before **December 23, 2022**.

3. Defendants' deadline to file any motions to dismiss the indictment is **December 2, 2022**; oppositions shall be filed on or before **December 16, 2022**; and replies shall be filed on or before **December 23, 2022**.

4. Pretrial motions (including motions *in limine*) are due on or before **March 10, 2023**; oppositions shall be filed on or before **March 24, 2023**; and replies shall be filed on or before **March 31, 2023**.

5.      **Before filing any motion, the Parties shall meet and confer to discuss whether any issues presented by the motion can be resolved by agreement.**

6.      The United States shall notify Defendants of its intention to introduce any Rule 404(b) evidence not already disclosed on or before **March 31, 2023**.

7.      The United States should endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case-in-chief on or before **April 7, 2023**. Any *Brady* material not already disclosed also must be disclosed by this date.

8.      On or before **April 14, 2023**, counsel shall file a Joint Pretrial Statement that contains the following:

    a.  A neutral statement of the case: The Parties shall include a neutral statement of the case for the Court to read to prospective jurors.

    b.  Proposed *voir dire* questions: The Parties shall indicate –

        i.  the *voir dire* questions that the parties agree to; and

        ii.  the *voir dire* questions that the parties disagree on, with specific objections noted as to each disputed question.

    c.  Proposed jury instructions: The Parties shall submit a list of proposed jury instructions, followed by the text of each proposed instruction, that indicates:

        i.  the instructions that the parties agree to; and

        ii.  the instructions that the parties disagree to, with specific objections noted below each disputed instruction, and the proposed instruction's source including supporting legal authority.

Proposed instructions may be updated as needed to reflect the evidence presented at trial. Absent a showing of good cause, no other modifications will be permitted.

d. <u>List of witnesses</u>: The **United States** shall identify the witnesses that each side anticipates it may call in its case-in-chief, divided into the following categories:

    i. witnesses who will be called to testify at trial;

    ii. witnesses who may be called to testify at trial; and

    iii. witnesses whose testimony a party will present by deposition or other prior testimony, indicating whether the presentation will be by transcript or video.

    The Court will read the list of witnesses to the jury during *voir dire*. In the list, each witness name should be accompanied by a brief description of each witness's expected testimony and area of expertise, if applicable, followed by specific objections, if any, to each witness.

e. <u>Exhibit lists</u>: The Parties shall include a list of trial exhibits (including demonstratives, summaries, or other specifically prepared exhibits), which includes:

    i. The exhibit number for each document;

    ii. The date of the document;

    iii. A brief description of the document;

    iv. A concise statement of the asserted basis of admissibility; and

    v.  Whether there is an objection to admission of the document and, if so, a concise statement of the basis for the objections.

The Parties should confer with Courtroom Deputy Courtney Lesley about the format of the exhibit list. The Parties should not provide a copy of the exhibits to the Court but must exchange pre-marked exhibits. The Parties must be prepared to raise objections to any proposed exhibit at the Pretrial Conference. The objecting party shall bring three copies of any contested exhibit to the Pretrial Conference.

    f.  <u>Stipulations</u>: The Parties shall submit a draft of all stipulations.

    g.  <u>Proposed verdict form</u>: The Parties shall include a draft verdict form, including any proposed special interrogatories. The draft verdict form should include a date and signature line for the jury foreperson.

9.  The Defendants shall disclose their witness lists, including the information listed in paragraph 8(d) on **April 20, 2023**.

10. The Court will schedule hearings on any motions filed by the Parties as necessary.

11. Counsel shall appear on **April 20, 2023**, at 10:00 AM for a pretrial conference in Courtroom 19.

The parties must submit an electronic copy of all proposed *voir dire* questions, jury instructions, and verdict forms in Word format by emailing them to Chambers at Nichols_Chambers@dcd.uscourts.gov.

***Failure to comply with this Order will be deemed a waiver of all objections to matters covered by this Order***

It is so **ORDERED**.

DATE:  November 14, 2022

CARL J. NICHOLS
United States District Judge