UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 22-cr-48 (CJN) |
| | : | |
| **v.** | : | VIOLATIONS: |
| | : | |
| | : | 52 U.S.C. §§ 30122, 30109 and 2 |
| **LAWRENCE LUM KEE and** | : | (Contributions in the Name of Another |
| | : | and Aiding and Abetting) |
| | : | |
| **CLIFFORD CHEN,** | : | |
| | : | |
| **Defendants.** | | |

## SUPERSEDING INFORMATION

The United States Attorney for the District of Columbia charges that:

From September 1, 2019, through December 31, 2019, in the District of Columbia and elsewhere, the defendants,

**CLIFFORD CHEN, AND
LAWRENCE LUM KEE**

did knowingly and willfully make contributions to Campaign Committee A in the name of another person, and did knowingly and willfully cause Campaign Committee A to accept contributions made by one person in the name of another person, which aggregated less than $10,000 in calendar year 2019.

(In violation of Title 52, United States Code, Sections 30122 and 30109(d)(1)(A)(ii); and Title 18, United States Code, Section 2)

Respectfully submitted,

_____
MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

Dated: 03/24/2023